# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD W. THOMPSON,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : |
| **EQUIFAX INFORMATION SERVICES, LLC** <u>**et al.**</u> | : NO. 17-902 |
| **Defendants.** | : |

**AND NOW**, this 19th day of March, 2018, upon consideration of Defendant Equifax Information Services, LLC's Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Venue to the Northern District of Georgia (Doc. No. 25), the Plaintiff Edward Thompson's Response (Doc. No. 28), and Equifax's Reply (Doc. No. 30), and pursuant to the accompanying Memorandum Opinion, it is **ORDERED** that:

1. The Motion to Dismiss for Improper Venue is **DENIED**;

2. The Motion to Transfer Venue is **GRANTED**;

3. The Clerk of Court is directed to **TRANSFER** the above-captioned case, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of Georgia.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**